**THIS ORDER IS APPROVED.**

Dated: August 5, 2018

_____
**Scott H. Gan, Bankruptcy Judge**

**Lewis Roca Rothgerber Christie LLP**
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

Robert M. Charles, Jr.
Direct Dial: 520.629.4427
Direct Fax: 520.879.4705
Email: rcharles@lrrc.com

Attorneys for Villas at Hacienda Del Sol Condominium Association

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>River Hacienda Holdings, LLC,<br><br>　　　　　　　　Debtor. | Case No. 4:18-bk-00136-SHG<br><br>Chapter: 11 |
| River Hacienda Holdings, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Hacienda Del Sol Partners, LLC; VHDS, LLC; The Villas Of Hacienda Del Sol, Inc.; Watermark Hacienda Tucson, LLC; and Villas At Hacienda Del Sol Condominium Association,<br><br>　　　　　　　　Defendants. | Case No. 4:18-ap-00177-SHG<br><br>**Order on Motion to Dismiss Complaint** |

1   This matter came before the Court on July 31, 2018, at a hearing upon the Motion to
2   Dismiss Complaint [DE 6] filed by Defendant Villas at Hacienda Del Sol Condominium
3   Association (the "Association").
4   　　The Court considered the Plaintiff's Objection to Motion to Dismiss Complaint, the
5   Association's reply memorandum, and oral argument. Good cause appearing, and based
6   upon the Court's oral ruling, which shall constitute the basis for decision and is
7   incorporated herein by reference,
8   　　IT IS ORDERED granting the Motion to Dismiss Complaint and dismissing the
9   Complaint in this action.
10  **DATED AND SIGNED ABOVE**